NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAL ACCESS SOLUTIONS, LTD.,**
*Plaintiff-Appellant*

**v.**

**T-MOBILE USA, INC., ERICSSON, INC.,**
*Defendants-Cross-Appellants*

---

2026-1756, 2026-1914

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00158-JRG, Judge J. Rodney Gilstrap.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 30, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 30, 2026